| Inv Date | Project Description | Invoice Amount |
|---|---|---|
| 4/20/2011 | Calhoun Station | $ 19,089.68 |
| 4/20/2011 | Reunion Parkway II | $ 66,930.87 |
| 5/10/2011 | Gluckstadt Rd | $ 135,295.07 |
| 10/26/2015 | Virlilia Rd Roadbed Reclamation | $ 28,905.92 |
| 11/20/2015 | Germantown Turn Lane | $ 7,606.98 |
| 11/20/2015 | Virlilia Rd Roadbed Reclamation | $ 27,333.84 |
| 12/7/2015 | Lost Rabbit | $ 8,971.40 |
| 12/14/2015 | Bozeman Road Traffic Design | $ 41,520.35 |
| 12/14/2015 | Germantown Turn Lane | $ 892.50 |
| 12/14/2015 | MDOT Project Mgt | $ 1,875.00 |
| 12/14/2015 | Gluckstadt Rd Congestion Mgt Study | $ 7,140.00 |
| 12/14/2015 | Distribution Dr. & American Way Cul de Sac | $ 5,340.00 |
| 12/14/2015 | 2015 Road Plan | $ 2,952.79 |
| 12/15/2015 | North Highland Colony Parkway | $ 14,665.76 |
| 12/15/2015 | Yandell Road Reconstruction | $ 35,019.70 |
| 1/6/2016 | Reunion Phase III-A | $ 40,500.00 |
| 1/6/2016 | Bozeman Road Five Lane | $ 151,200.00 |
| 1/6/2016 | Bozeman Road Traffic Design | $ 10,850.07 |
| 1/6/2016 | Utility Permit Oversight | $ 121.79 |
| 1/6/2016 | Yandell Road Bridge Replacement | $ 2,306.34 |
| 1/6/2016 | Dobson Avenue Bridge ROW | $ 2,913.40 |
| 1/6/2016 | King Ranch Road | $ 1,680.00 |
| 1/6/2016 | Sulfur Springs Park | $ 1,500.00 |
| 1/6/2016 | Retainer | $ 5,000.00 |
| 1/6/2016 | 2015 Road Plan | $ 309.81 |
| 1/6/2016 | Signal Warrant Study (Calhoun Station & Church Rd) | $ 5,793.01 |



EXHIBIT A