| PROJECT SPECIFIC | | | GENERAL SERVICES | | | STATE AID | | |
|---|---|---|---|---|---|---|---|---|
| PROJECT NAME | PROJECT NUMBER | AMOUNT CURRENTLY OWED | PROJECT NAME | PROJECT NUMBER | AMOUNT CURRENTLY OWED | PROJECT NAME | PROJECT NUMBER | AMOUNT CURRENTLY OWED |
| CALHOUN STATION PHASE I | 6050 | $ 19,089.68 | VIRLILIA ROAD | 6409 | $ 56,239.76 | STP 6979 (1) B ROBINSON SPRINGS ROAD | 6307 | $ 86,400.00 |
| REUNION PARKWAY II | 6081 | $ 66,930.87 | GERMANTOWN TURN LANES | 6380 | $ 8,499.48 | LSBP-45(16), DINKINS STREET | 6308 | $ 10,800.00 |
| GLUCKSTADT ROAD | 6103 | $ 135,295.07 | LOST RABBIT | 6426 | $ 8,971.40 | LSBP-45(17), BEN LUCKETT ROAD | 6383 | $ 17,808.00 |
| NORTH HIGHLAND COLONY | 6401 | $ 14,665.76 | BOZEMAN ROAD TRAFFIC DESIGN | 6355-TS | $ 52,370.42 | LSBP-45(18), WAY ROAD | 6388 | $ 22,464.00 |
| YANDELL ROAD RECONSTRUCTION | 6400 | $ 35,019.70 | MDOT PROJECT MGT | 6232 | $ 1,875.00 | SAP-45(12)M, PEAR ORCHARD/RICE ROAD | 6305 | $ 20,000.00 |
| REUNION PHASE III-A | 6356 | $ 40,500.00 | GLUCKSTADT ROAD CONGESTION STUDY | 6429 | $ 7,140.00 | LSBP-45(10), MOSS ROAD | 6188 | $ 2,000.00 |
| BOZEMAN ROAD FIVE LANE | 6355 | $ 151,200.00 | DISTRIBUTION DRIVE | 6371 | $ 5,340.00 | LSBP-45(11), GUS GREEN ROAD | 6205 | $ 2,800.00 |
| TOTAL INVOICED: | | $ 462,701.08 | 2015 ROAD PLAN | 6398 | $ 3,262.60 | LSBP-45(14), PERMENTER ROAD | 6309 | $ 3,500.00 |
| BOZEMAN ROAD RE-DESIGN (NOT YET INVOICED) | 6355 | $ 578,583.00 | UTILITY PERMIT OVERSIGHT | 6107 | $ 121.79 | LSBP-45(12), CANE CREEK ROAD | 6186 | $ 7,000.00 |
| TOTAL DUE: | | $ 1,041,284.08 | YANDELL BRIDGE REPLACEMENT | 6430 | $ 2,306.34 | SAP-45(11)M, LIVINGSTON ROAD | 6304 | $ 6,500.00 |
| | | | DOBSON AVENUE BRIDGE | 6191 | $ 2,913.40 | LSBP-45(9), DOBSON AVENUE | 6191 | $ 16,488.00 |
| | | | KING RANCH ROAD BRIDGE REPAIR | 6433 | $ 1,680.00 | SAP-45(7)M, PATRICK, VIRLILIA, POCAHONTA, CAVALIER, DAVIS CROSSING, STUMP BRIDGE, NORTH OLD CANTON | 6405 | $ 13,824.00 |
| | | | SULFUR SPRINGS PARK | 6200 | $ 1,500.00 | ANNUAL STATE AID BRIDGE INSPECTION | | $ 34,600.00 |
| | | | RETAINER | 6047 | $ 5,000.00 | | TOTAL: | $ 244,184.00 |
| | | | SIGNAL WARRANT STUDY | 6422 | $ 5,793.01 | | | |
| | | | | TOTAL: | $ 163,013.20 | | | |
| | | | | | | TOTAL BALANCE DUE UNDER ALL CONTRACTS | | $ 1,448,481.28 |


EXHIBIT H