

# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**APRIL 20, 2011**

MADISON COUNTY BOARD OF SUPERVISORS
P.O. BOX 608
CANTON, MS 39046

RE: CALHOUN STATION PARKWAY PHASE I
JOB #: 6050.000

**DESCRIPTION:**
ENVIRONMENTAL, DESIGN AND CONSTRUCTION ENGINEERING ON A 4-LANE
DIVIDED MEDIAN ROADWAY FROM CHURCH RD TO SOWELL RD

FINAL CONSTRUCTION AMOUNT............................................$2,607,268.61

TOTAL CONTRACT AMOUNT (12%)............................................$312,872.23

PLUS MILEAGE CHARGES TO DATE.........................................$2,706.63

PLUS VEHICLE USAGE CHARGES TO DATE................................$19,400.00

TOTAL DUE.........................................................................$19,089.68

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

*NOTE: THIS INVOICE COMES AS A RESULT OF THE STATE AUDIT
CONDUCTED IN 2010*

"DEDICATED TO EXCELLENCE IN ENGINEERING"

P-1



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**APRIL 20, 2011**

MADISON COUNTY BOARD OF SUPERVISORS
P.O. BOX 608
CANTON, MS 39046

RE: REUNION PARKWAY PHASE II
JOB ID# 6081.000

**DESCRIPTION:**
DESIGN ENGINEERING, CONSTRUCTION ENGINEERING, CONSTRUCTION STAKING
AND OVERAL PROJECT COORDINATION

FINAL CONSTRUCTION AMOUNT.................................................$3,863,218.70

TOTAL CONTRACT AMOUNT (12%)..........................................$463,586.25

PLUS MILEAGE CHARGES TO DATE.......................................$3,844.10

PLUS SUBCONTRACTOR FEES TO DATE.............................................$36,414.06

**TOTAL DUE**.........................................................................$66,930.87

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

*NOTE: THIS INVOICE COMES AS A RESULT OF THE STATE AUDIT CONDUCTED IN 2010*

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**MAY 10, 2011**

MADISON COUNTY BOARD OF SUPERVISORS
P.O. BOX 608
CANTON, MS 39046

RE: GLUCKSTADT ROAD (CHURCH TO I-55 N.)

JOB #: 6103.000

**DESCRIPTION:**
Engineering Design, Surveying, Right of Way Plats and Descriptions, and Construction
Engineering for the widening of Gluckstadt Road from I-55 North to approximately
1,200 feet West of Catlett Road intersection.

DESIGN ENGINEERING FEES (100%)........................................$392,901.57

CONSTRUCTION ENGINEERING FEES (100%)...........................$392,901.57

PLUS MILEAGE CHARGES TO DATE......................................... $5,148.99

PLUS SUBCONTRACTOR CHARGES TO DATE...........................$19,888.22

LESS TOTAL INVOICED AND PAID BY MADISON COUNTY........$675,545.28

TOTAL DUE...........................................................................$135,295.07

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

NOTE: This being the FINAL INVOICE for this project the final fees have been adjusted
based upon the attached final estimate from the contractor, Southern Rock LLC.

***THIS INVOICE COMES AS A RESULT OF THE STATE AUDIT CONDUCTED IN
2010***

"Dedicated to Excellence in Engineering"

158 W. Center Street
Canton, MS 39046
601-855-2250 Phone
601-855-2599 Fax
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

JANUARY 6, 2016

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: UTILITY PERMIT OVERSIGHT
JOB #: 6107.000

**DESCRIPTION: (BILLING PERIOD 12/13/15 THROUGH 12/31/15)**
Review, Inspection, CADD coordination, and general construction oversight of all utility
permits submitted and issued in Madison County.

PROJECT MANAGER: 1 HOUR @ $115/HR…………...………...…………...$115.00

MILEAGE: 14 MILES @ $.485/MI……………………………………………....$6.79

**TOTAL DUE**……………………………………………...............…................$121.79

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 06, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: DOBSON AVENUE BRIDGE R.O.W.
JOB ID# 6191

**DESCRIPTION:(BILLING PERIOD 12/13/15 THROUGH 12/31/15)**
PERFORMING THE COORDINATION OF UTILITY RELOCATION, RIGHT OF
WAY ACQUISITION AND ENVIRONMENTAL SERVICES ON DOBSON AVENUE
BRIDGE

PRINCIPAL: 3 HOURS @ $150/HR...............................................$450.00

PROJECT MANAGER: 14 HOURS @ $115/HR................................$1,610.00

ENGINEER TECH IV: 10 HOURS @ $85/HR..................................$850.00

MILEAGE: 7 MILES @ $.485/MI..................................................$3.40

**TOTAL DUE**........................................................................$2,913.40

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

CLIENT: MADISON COUNTY
RE: SULFUR SPRINGS PARK
JOB #: 6200

**DESCRIPTION:(BILLING PERIOD 12/13/15 – 12/31/15)**
CONSTRUCTION ENGINEERING AND PROJECT MANAGEMENT OF PARK PROJECT

PRINCIPAL: 4 HOURS @ $150/HR..........................................................$600.00

LICENSED SURVEYOR: 7.5 HOURS @ $120/HR.....................................$900.00

TOTAL DUE .........................................................................................$1,500.00

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

DECEMBER 14, 2015

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: HIGHLAND COLONY SOUTH, YANDELL, & REUNION PHASE II PROJECT
MANAGER
JOB ID# 6232

**DESCRIPTION: (BILLING PERIOD 11/15/15 THROUGH 12/12/15)**
PROJECT MANAGEMENT PLAN REVIEW & TECHNICAL COORDINATION
ASSOCIATED WITH THE RESURFACING OF REUNION PARKWAY, HIGHLAND
COLONY PARKWAY SOUTH AND YANDELL ROAD

PRINCIPAL: 12.5 HOURS @ $150/HR...................................................$1,875.00

TOTAL DUE.........................................................................................$1,875.00

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

JANUARY 6, 2016

MADISON COUNTY BOARD OF SUPERVISORS
PO BOX 608
CANTON, MS 39046

RE: BOZEMAN ROAD FIVE LANE
JOB#: 6355.000

DESCRIPTION:
ENGINEERING DESIGN, ENVIRONMENTAL AND CONSTRUCTION ENGINEERING FOR THE CONSTRUCTION
OF A 5 LANE ROADWAY FROM HIGHWAY 463 TO GLUCKSTADT ROAD

ENVIRONMENTAL ENGINEERING:...................................................................................$120,000.00

ENVIRONMENTAL ENGINEERING FEES DUE (92%):................................................$110,400.00

DESIGN ENGINEERING:.....................................................................................................$840,000.00

DESIGN ENGINEERING FEES DUE (98%)........................................................................$823,200.00

PREVIOUS BILLING (THIS PHASE)....................................................................................$782,400.00


TOTAL DUE........................................................................................................................$151,200.00

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUBY M .WARNOCK, P.E.
PRESIDENT


Cc: File

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**DECEMBER 14, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: BOZEMAN ROAD TRAFFIC DESIGN
JOB ID# 6355-TS

**DESCRIPTION: (BILLING PERIOD 11/15/15 THROUGH 12/12/15)**
TRAFFIC ENGINEERING AND PLAN COORDINATION WITH MDOT AND
FEDERAL HIGHWAY ADMINISTRATION TO ACCOMMODATE THE WIDENING
OF BOZEMAN ROAD.

ENGINEER: 157 HOURS @ $120/HR...............................................$18,840.00

LICENSED SURVEYOR: 28 HOURS @ $120/HR..................................$3,360.00

SURVEY CREW: 38 HOURS @ $175/HR.............................................$6,650.00

TECHNICAL COORDINATOR: 48 HOURS @ $100/HR.....................$4,800.00

ENGINEER TECH II: 8 HOURS @ $75/HR..........................................$600.00

CADD TIME: 178 HOURS @ $40/HR..................................................$7,120.00

MILEAGE: 310 MILES @ $.485/HR...................................................$150.35

TOTAL DUE....................................................................................$41,520.35

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT        "DEDICATED TO EXCELLENCE IN ENGINEERING"

# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: BOZEMAN ROAD TRAFFIC DESIGN
JOB ID# 6355-TS

**DESCRIPTION: (BILLING PERIOD 12/13/15 THROUGH 12/31/15)**
TRAFFIC ENGINEERING AND PLAN COORDINATION WITH MDOT AND
FEDERAL HIGHWAY ADMINISTRATION TO ACCOMMODATE THE WIDENING
OF BOZEMAN ROAD.

ENGINEER: 48 HOURS @ $120/HR.....................................................$5,760.00

LICENSED SURVEYOR: 7.5 HOURS @ $120/HR...................................$900.00

SURVEY CREW: 8 HOURS @ $175/HR.............................................$1,400.00

TECHNICAL COORDINATOR: 6 HOURS @ $100/HR............................$600.00

CADD TIME: 54 HOURS @ $40/HR................................................$2,160.00

MILEAGE: 62 MILES @ $.485/MI.....................................................$30.07


TOTAL DUE........................................................................$10,850.07

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O. BOX 608
CANTON, MS 39046

RE: REUNION PHASE III-A
(ROAD AND BRIDGE)
JOB #: 6356.000

**DESCRIPTION:**
Engineering Design, Environmental and Construction Engineering for the construction of a 2 lane roadway from Highway Galleria Parkway to Highway 51 at Green Oak Lane.

ENVIRONMENTAL ENGINEERING……………………….......................…..…$175,000.00

ENVIRONMENTAL ENGINEERING FEES DUE (83%)……....…................…........$145,250.00

DESIGN ENGINEERING:……………………………….……….………....$225,000.00

DESIGN ENGINEERING FEES DUE (98%):………………….……….….…............$220,500.00

PREVIOUS BILLING (THIS PHASE)……………….…….…………….....................$325,250.00


**TOTAL DUE**……………………………...…....................…...……..…..............**$40,500.00**


SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

Cc: File

---

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**DECEMBER 14, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: DISTRIBUTION DRIVE AND AMERICAN WAY CUL-DE-SACS
JOB ID# 6371

**DESCRIPTION: (BILLING PERIOD 11/15/15 THROUGH 12/12/15)**
SURVEYING AND ENGINEERING FOR THE ADDITION OF CUL-DE-SACS TO
THE INDUSTRIAL PARK LOCATED IN GLUCKSTADT

PRINCIPAL: 2 HOURS @ $150/HR..................................................$300.00

ENGINEER: 42 HOURS @ $120/HR...............................................$5,040.00

TOTAL DUE...........................................................................$5,340.00

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**DECEMBER 14, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

CLIENT: MADISON COUNTY
RE: GERMANTOWN MIDDLE SCHOOL TURN LANES
JOB # 6380

**DESCRIPTION: (BILLING PERIOD 10/18/15 THROUGH 11/14/15)**
DESIGN ENGINEERING, SURVEYING AND CONSTRUCTION ENGINEERING TO
ADD DECELERATION LANES AT GERMANTOWN MIDDLE SCHOOL

**SUBCONTRACTOR:**
BURNS COOLEY DENNIS, INC...................................................…...…$892.50


**TOTAL DUE**..............................…...............…....................…......…......$892.50

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com

STATEMENT OF ACCOUNT

**BURNS COOLEY DENNIS, INC.**
**P. O. BOX 12828**
**JACKSON, MS 39236**

December 12, 2015

Warnock & Associates, LLC
Attn: Jimmy Vickers
160 West Center Street
Canton, MS 39046

Project: 000150432.000 Germantown Middle School Turn Lanes
Construction Materials Testing

Outstanding Invoices

| Number | Date | Invoiced | Balance Due |
|---|---|---|---|
| 0028366 | 7/25/2015 | 3,037.50 | 3,037.50 |
| 0028649 | 8/29/2015 | 892.50 | 892.50 |
| Statement Totals | | 3,930.00 | 3,930.00 |

Please Contact Corporate Office – Lynda Moore (lmoore@bcdgeo.com) or Diane James
(djames@bcdgeo.com) Telephone – 601-856-9911 regarding any past due invoices.



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**NOVEMBER 20, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

CLIENT: MADISON COUNTY
RE: GERMANTOWN MIDDLE SCHOOL TURN LANES
JOB # 6380

**DESCRIPTION: (BILLING PERIOD 10/18/15 THROUGH 11/14/15)**
DESIGN ENGINEERING, SURVEYING AND CONSTRUCTION ENGINEERING TO
ADD DECELERATION LANES AT GERMANTOWN MIDDLE SCHOOL

PRINCIPAL: 3 HOURS @ $150/HR..............................................$450.00

ENGINEER: 16 HOURS @$120/HR...........................................$1,920.00

ENGINEER TECH II: 60 HOURS @ $75/HR.....................................$4,500.00

CADD TIME: 18 HOURS @ $40/HR...........................................$720.00

MILEAGE: 35 MILES @ $.485/MI............................................$16.98

**TOTAL DUE**...........................................................**$7,606.98**

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

CLIENT:  MADISON COUNTY
RE:  MADISON COUNTY 2015 ROAD PLAN
JOB # 6398

**DESCRIPTION:  (BILLING PERIOD 12/13/15 THROUGH  12/31/15)**
ENGINEERING RELATED TO ANNUAL ROAD PLAN

PROJECT MANAGER: 2.5 HOURS @ $115/HR…………..………...…..……....….$287.50

MILEAGE: 46 MILES @ $.485/MI………………………………………....…....$22.31


**TOTAL DUE**……………………….…..……………………….......…....…….....$309.81


SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158  W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**DECEMBER 14, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

CLIENT: MADISON COUNTY
RE: MADISON COUNTY 2015 ROAD PLAN
JOB # 6398

**DESCRIPTION: (BILLING PERIOD 11/15/15 THROUGH 12/12/15)**
ENGINEERING RELATED TO ANNUAL ROAD PLAN

PROJECT MANAGER: 4.5 HOURS @ $115/HR...................................................$517.50

TECHNICAL COORDINATOR: 21 HOURS @ $100/HR.................................$2,100.00

CADD TIME: 7 HOURS @ $40/HR....................................................................$280.00

MILEAGE: 114 MILES @ $.485/MI...................................................................$55.29


**TOTAL DUE**..................................................................................................$2,952.79


SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

DECEMBER 15, 2015

MADISON COUNTY BOARD OF SUPERVISORS
PO BOX 608
CANTON, MS 39046

RE: YANDELL ROAD RECONSTRUCTION
(CONSTRUCTION ENGINEERING)
JOB#: 6400.000

DESCRIPTION:
Engineering Design, and Construction Engineering for the reconstruction of Yandell Road from North Old Canton to Highway 43. Special design considerations are being made for the section to be reworked as part of the MDOT settlement project.

MILEAGE: 1270 MILES @ $.485/MI.................................................................................$615.95

SUBCONTRACTOR:
BURNS COOLEY DENNIS, INC..................................................................................$34,403.75

TOTAL DUE.......................................................................................................$35,019.70

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M .WARNOCK, P.E.
PRESIDENT

Cc: File

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com

## STATEMENT OF ACCOUNT

**BURNS COOLEY DENNIS, INC.**
**P. O. BOX 12828**
**JACKSON, MS 39236**

December 12, 2015

Warnock & Associates, LLC
Attn: Jimmy Vickers
160 West Center Street
Canton, MS 39046

Project: 000150468.000 Yandell Road Repairs
Construction Materails Testing

Outstanding Invoices

| Number | Date | Invoiced | Balance Due |
|--------|------|----------|-------------|
| 0028578 | 8/29/2015 | 12,505.00 | 12,505.00 |
| 0028721 | 9/26/2015 | 12,680.00 | 12,680.00 |
| 0029035 | 10/31/2015 | 9,218.75 | 9,218.75 |
| **Statement Totals** | | **34,403.75** | **34,403.75** |



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

DECEMBER 15, 2015

MADISON COUNTY BOARD OF SUPERVISORS
PO BOX 608
CANTON, MS 39046

RE: NORTH HIGHLAND COLONY PARKWAY RECONSTRUCTION
(CONSTRUCTION ENGINEERING)
JOB#: 6401.000

DESCRIPTION:
Engineering Design, and Construction Engineering for the reconstruction of North Highland Colony Parkway from Parkway Cemetery to Highway 463. Mill, base repair, curb repair, level and overlay.

MILEAGE: 66 MILES @ $.485/MI....................................................................................................$32.01

SUBCONTRACTOR:
BURNS COOLEY DENNIS, INC...............................................................................................$14,633.75

TOTAL DUE.............................................................................................................................$14,665.76

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M .WARNOCK, P.E.
PRESIDENT

Cc: File

"DEDICATED TO EXCELLENCE IN ENGINEERING"

STATEMENT OF ACCOUNT

**BURNS COOLEY DENNIS, INC.**
**P. O. BOX 12828**
**JACKSON, MS 39236**

December 12, 2015

Warnock & Associates, LLC
Attn: Jimmy Vickers
160 West Center Street
Canton, MS 39046

Project: 000150456.000 Highland Colony Repairs
Construction Materials Testing

**Outstanding Invoices**

| Number | Date | Invoiced | Balance Due |
|--------|------|----------|-------------|
| 0028577 | 8/29/2015 | 7,876.25 | 7,876.25 |
| 0028718 | 9/26/2015 | 6,757.50 | 6,757.50 |
| 0029052 | 10/31/2015 | 1,913.75 | 1,913.75 |
| **Statement Totals** | | **16,547.50** | **16,547.50** |

*Please Contact Corporate Office - Lynda Moore (lmoore@bcdgeo.com) or Diane James (djames@bcdgeo.com) Telephone - 601-856-9911 regarding any past due invoices.*



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**OCTOBER 26, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: VIRLILIA ROAD ROADBED RECLAMATION & DBST
JOB ID# 6409

**DESCRIPTION: (BILLING PERIOD 09/20/15 THROUGH 10/17/15)**
ENGINEERING DESIGN AND SURVEYING FOR THE RECONSTRUCTION OF
VIRLILIA ROAD

PRINCIPAL: 28 HOURS @ $150/HR………………….…….....................$4,200.00

LICENSED SURVEYOR: 26 HOURS @ $120/HR……………....…….……$3,120.00

PROJECT MANAGER: 8.5 HOURS @ $115/HR……………………………....$977.50

SURVEY CREW: 79.5 HOURS @ $175/HR…………….…..……......…...$13,912.50

ENGINEER TECH II: 84.5 HOURS @ $75/HR……………………………….$6,337.50

MILEAGE: 739 MILES @ $.485/MI…………………………….……….........…$358.42


TOTAL DUE…………………………….…….……….........................$28,905.92

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**NOVEMBER 20, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: VIRLILIA ROAD ROADBED RECLAMATION & DBST
JOB ID# 6409

**DESCRIPTION: (BILLING PERIOD 10/18/15 THROUGH 11/14/15)**
ENGINEERING DESIGN AND SURVEYING FOR THE RECONSTRUCTION OF
VIRLILIA ROAD

PRINCIPAL: 23 HOURS @ $150/HR.............................................$3,450.00

LICENSED SURVEYOR: 16.5 HOURS @ $120/HR............................$1,980.00

PROJECT MANAGER: 18 HOURS @ $115/HR................................$2,070.00

SURVEY CREW: 85.5 HOURS @ $175/HR....................................$14,962.50

ENGINEER TECH II: 61 HOURS @ $75/HR...................................$4,575.00

MILEAGE: 611 MILES @ $.485/MI............................................$296.34


TOTAL DUE.......................................................................$27,333.84

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: SIGNAL WARRANT STUDY (CALHOUN STATION @ CHURCH RD)
JOB ID# 6422

**DESCRIPTION: (BILLING PERIOD 12/13/15 THROUGH 12/31/15)**

LICENSED SURVEYOR: 6.5 HOURS @ $120/HR.....................................$780.00

SURVEY CREW: 28 HOURS @ $175/HR.........................................$4,900.00

MILEAGE: 233 MILES @ $.485/MI............................................$113.01


**TOTAL DUE**...........................................................**$5,793.01**

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

DECEMBER 7, 2015

MADISON COUNTY BOARD OF SUPERVISORS
P.O. BOX 608
CANTON, MS 39046

RE: LOST RABBIT
JOB# 6426

**DESCRIPTION:(BILLING PERIOD 11/15/15 THROUGH 12/07/15)**
SUBDIVISION INSPECTION

PROJECT MANAGER: 30.5 HOURS @ $115/HR.........................................$3,507.50

ENGINEER TECH IV: 51.5 HOURS @ $85/HR.......................................$4,377.50

ENGINEER TECH II: 11 HOURS @ $75/HR............................................$825.00

MILEAGE: 540 MILES @ $.485/MI....................................................$261.90

TOTAL DUE...............................................................................$8,971.40

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

### ENGINEERING, MANAGEMENT & PLANNING

**DECEMBER 14, 2015**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: GLUCKSTADT ROAD CONGESTION MANAGEMENT STUDY
JOB ID# 6429

**DESCRIPTION: (BILLING PERIOD 11/15/15 THROUGH 12/12/15)**
TRAFFIC ENGINEERING AND EVALUATION OF THE INTERSECTION OF
CALHOUN STATION & GLUCKSTADT ROAD AND THE INTERSECTION OF
DISTRUBUTION DRIVE & GLUCKSTADT ROAD. ALSO EVALUATING THE
FEASIBILITY OF AN ALTERNATE ACCESS ROUTE TO GLUCKSTADT ROAD.

PRINCIPAL: 22 HOURS @ $150/HR……………...…........................……$3,300.00

ENGINEER: 32 HOURS @ $120/HR…………………………………......…$3,840.00


**TOTAL DUE**……………………………………..……………….................……$7,140.00


SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: YANDELL ROAD BRIDGE REPLACEMENT
JOB ID# 6430

**DESCRIPTION: (BILLING PERIOD 12/13/15 THROUGH 12/31/15)**
EMERGENCY BRIDGE REPAIRS

PRINCIPAL: 9 HOURS @ $150/HR…………..…......................................…$1,350.00

ENGINEER TECH IV: 11 HOURS @ $85/HR…………………………...……….$935.00

MILEAGE: 44 MILES @ $.485/MI…………………………………………....……$21.34

TOTAL DUE……………………….…...................................................…$2,306.34

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com



# WARNOCK & ASSOCIATES, LLC

## ENGINEERING, MANAGEMENT & PLANNING

**JANUARY 6, 2016**

MADISON COUNTY BOARD OF SUPERVISORS
P.O BOX 608
CANTON, MS 39046

RE: KING RANCH ROAD BRIDGE REPAIRS
JOB ID# 6433

**DESCRIPTION: (BILLING PERIOD 12/13/15 THROUGH 12/31/15)**
COORDINATING UTILITY RELOCATION, REPAIRING ENGINEERING
DRAWINGS FOR BRIDGE REPAIR OF THE EXISTING BRIDGE. THIS PROJECT
IS PART OF THE MADISON COUNTY LONG RANGE BRIDGE REPAIR PLAN.


PRINCIPAL: 6 HOURS @ $150/HR……..………..............................................$900.00

LICENSED SURVEYOR: 6.5 HOURS @ $120/HR……………....…………….$780.00


**TOTAL DUE**……………………….……………………....…..…............**$1,680.00**

SINCERELY,

WARNOCK & ASSOCIATES, LLC

RUDY M. WARNOCK, P.E.
PRESIDENT

"DEDICATED TO EXCELLENCE IN ENGINEERING"

158 W. CENTER STREET
CANTON, MS 39046
601-855-2250 PHONE
601-855-2599 FAX
www.warnockandassociates.com

CASE NO. 3:16 cv 68 CWR FKB

Warnock + Assocs. et al.

VS. Madison County et al.

PLAINTIFF'S EXHIBIT 1

DATE _____ IDEN.

DATE Sept. 29, 2016 (EVID.)

BY A. Canter

**Deputy Clerk**

AO 386